UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RAKEEM SHEPARD,

    Plaintiff,

v.

                        Case No. 1:22-cv-326

F. ARTIS, et al.,

                        Hon. Hala Y. Jarbou

    Defendants.
_____/

## ORDER

On August 29, 2023, Magistrate Judge Sally J. Berens issued a Report and Recommendation (R&R) recommending that the Court grant Defendants' Motion for Summary Judgment (ECF No. 61). The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so expired on September 26, 2023. On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation. Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 61) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment (ECF No. 49) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Court finds that an appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

A judgment will issue in accordance with this order.

Dated: October 2, 2023                    /s/ Hala Y. Jarbou
                                                    HALA Y. JARBOU
                                                    CHIEF UNITED STATES DISTRICT JUDGE